# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

| | | |
|---|---|---|
| JOSEPH SANSEVERO, | ) | |
| | ) | |
| Plaintiff, | ) | 4:12-cv-00641-BRW-JTR |
| | ) | |
| v. | ) | Judge Wilson |
| | ) | Magistrate Judge Ray |
| PALISADES COLLECTION, LLC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT AND REQUEST TO STAY ALL DEADLINES

Plaintiff, JOSEPH SANSEVERO, hereby respectfully apprises this Honorable Court that the parties have negotiated a settlement of the above-captioned matter. Plaintiff further states as follows:

1. The parties have reached a settlement accord and are currently in the process of preparing formal documents necessary to memorialize the pertinent terms and conditions of the parties' settlement agreement.

2. Given the imminence of the parties' finalizing the terms of the settlement agreement, Plaintiff respectfully requests a stay of all deadlines and further requests that the parties be excused from any appearances and any obligations for court filings.

3. The parties shall file a stipulation of dismissal with prejudice forthwith.

                                                                                Respectfully submitted,
                                                                                **JOSEPH SANSEVERO**

                                                                        By:   s/ David M. Marco
                                                                             Attorney for Plaintiff

Dated: December 12, 2012

David M. Marco (Atty. No.: 6273315)
SMITHMARCO, P.C.
205 North Michigan Avenue, Suite 2940
Chicago, IL 60601
Telephone:	(312) 546-6539
Facsimile:	(888) 418-1277
E-Mail:	dmarco@smithmarco.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | | |
|---|---|---|
| **JOSEPH SANSEVERO,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **4:12-cv-00641-BRW-JTR** |
| | ) | |
| **v.** | ) | **Judge Wilson** |
| | ) | **Magistrate Judge Ray** |
| **PALISADES COLLECTION, LLC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**CERTIFICATE OF SERVICE**

**To:** Michael S Poncin
Moss & Barnett, P.A.
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis MN 55402

I, David M. Marco, an attorney, certify that on **December 12, 2012**, I shall cause to be served a copy of **Plaintiff's Notice of Settlement**, upon the above named individual(s) by: depositing same in the U.S. Mail box at 205 North Michigan Avenue, Suite 2940, Chicago, IL 60601, prior to 5:00 p.m., postage prepaid; messenger delivery; Federal Express; facsimile transmitted from (888) 418-1277; email; and/or electronically via the Case Management/Electronic Case Filing system ("ECF"), as indicated below.

| | | | |
|---|---|---|---|
| ____ | U.S. Mail | ____ | Facsimile |
| ____ | Messenger Delivery | ____ | Email |
| ____ | Federal Express/UPS | _X_ | ECF |

By: _s/ David M. Marco_
Attorney for Plaintiff

David M. Marco (Atty. No.: 6273315)
SMITHMARCO, P.C.
205 North Michigan Avenue, Suite 2940
Chicago, IL 60601
Telephone: (312) 546-6539
Facsimile: (888) 418-1277
E-Mail: dmarco@smithmarco.com