**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **JOSEPH SANSEVERO,** | ) | |
| | ) | |
| Plaintiff, | ) | 4:12-cv-00641-BRW-JTR |
| | ) | |
| v. | ) | Judge Wilson |
| | ) | Magistrate Judge Ray |
| **PALISADES COLLECTION, LLC.,** | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO SETTLEMENT**

By agreement, the parties to the above-captioned action, by and through their respective attorneys, state as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that the above-captioned action should be dismissed.

2. The parties, by agreement, respectfully request that this case be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which this action was brought having been fully settled, compromised and adjourned.

**Date:**  February 22, 2013

| **For Plaintiff, Joseph Sansevero** | **For Defendant, Palisades Collection, LLC.** |
|---|---|
| /s David M. Marco | /s with consent Michael S. Poncin |
| SMITHMARCO, P.C. | Moss & Barnett, P.A. |
| 205 N. Michigan Ave., Suite 2940 | 4800 Wells Fargo Center |
| Chicago, Illinois 60601 | 90 South Seventh Street |
| **Telephone:**   (312) 546-6539 | Minneapolis MN 55402 |
| **Facsimile:**   (888) 418-1277 | **Telephone:**   (612) 877-5290 |
| **E-mail:**   dmarco@smithmarco.com | **Facsimile:**   (612) 877-5999 |
| | **E-mail:**   poncinm@moss-barnett.com |