IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOSEPH SANSEVERO                                                                                    PLAINTIFFS

vs.                                        4:12CV00641 BRW

PALISADES COLLECTION, LLC.,
                                                                                                              DEFENDANTS

ORDER DISMISSING ACTION BY REASON OF SETTLEMENT

Counsel has advised the Court that this matter has settled and request the case be dismissed. The Supreme Court has held that district courts do not have inherent power, that is, automatic ancillary jurisdiction, to enforce settlement agreements. Ancillary jurisdiction to enforce a settlement agreement exists "only if the parties' obligation to comply with the terms of the settlement agreement is made part of the order of dismissal--either by a provision 'retaining jurisdiction' over the settlement agreement or by incorporation of the terms of the settlement agreement in the order."[1] It is the obligation of the parties requesting dismissal to comply with the terms of the settlement and this Court specifically retains jurisdiction to enforce the terms of the settlement agreement.

IT IS ORDERED that the complaint, be, and it hereby is, dismissed with prejudice, subject to the terms of the Settlement Agreement. If any party desires that the written settlement agreement be part of the record, it should be filed with the Court within twenty (20) days.

IT IS FURTHER ORDERED that the Clerk forthwith serve copies of this Order upon the lawyers for the parties appearing in this action.

Dated this 4th day of March, 2013.

/s/BILLY ROY WILSON
UNITED STATES DISTRICT JUDGE

---

[1] *Kokkonon v Guardian Life Insurance Co. of America*, 511 U.S. 375, 114 S.Ct. 1673, 1676-77 (1994); *Meiner v Missouri Dept. of Mental Health*, 62 F.3d 1126, 1127(8th Cir. 1995).